DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANTHONY I. DANIELSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROUGUIATOU CATO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00363-KJN-1 |
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE TRIAL |
| | ) CONFIRMATION HEARING AND JURY |
| ROUGUIATOU CATO, | ) TRIAL DATE |
| Defendant. | ) |
| | ) Date:  November 2, 2011 |
| | ) Time:  9:00 a.m. |
| _____ | ) Judge:  Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their

respective counsel, Justin Lee, Special Assistant United States

Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

attorney for ROUGUIATOU CATO, and Certified Student Attorney, Anthony

Danielson, that the Court vacate the trial confirmation hearing on

November 2, 2011 at 9:00 a.m. and the trial date set for Monday,

November 21, 2011 at 9:00 a.m. and set a status conference for

1 | Wednesday, January 4, 2012 at 9:00 a.m.

2 |     The defendant is charged under 18 U.S.C. § 640 - Theft of

3 | Government Property, a Class A Misdemeanor, and is currently working

4 | with the government toward resolution of this matter.  At this time,

5 | additional investigation is being conducted by both parties regarding

6 | the underlying financial aspects of the case.  The outcome of the

7 | investigation is expected to determine the terms of resolution.  The

8 | parties agree that the time should be excluded from the date of this

9 | Order until the date of the status conference which is set for January

10 | 4, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local

11 | Code T4 (reasonable time to prepare).  The interests of justice served

12 | by granting this continuance outweigh the best interests of the public

13 | and the defendant in a speedy trial.  18 U.S.C. Section §

14 | 3161(h)(7)(A).

15 |

16 | Dated:  October 28, 2011

17 |                                      DANIEL J. BRODERICK
Federal Defender

18 |

19 |                      /s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender

20 | Attorney for Defendant
ROUGUIATOU CATO

21 |

22 |                      /s/ Anthony I. Danielson
ANTHONY I. DANIELSON
Certified Student Attorney

23 |

24 | Dated:  October 28, 2011      BENJAMIN B. WAGNER
United States Attorney

25 |

26 |                      /s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

27 |

28 |

1                                    **ORDER**

2     IT IS SO ORDERED.

3     Dated: November 1, 2011

4

5

6                                    KENDALL J. NEWMAN

7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING AND JURY TRIAL DATE
                                    -3-