```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00363-KJN |
| Plaintiff, | Order Continuing Status Hearing and Excluding Time Under Local Codes I and T4 |
| v. | |
| ROUGUIATOU CATO, | DATE: January 4, 2012 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Kendall J. Newman |

It is hereby Ordered that the Status Hearing set for January 4, 2012, is continued to February 1, 2012, at 9:00 a.m. Time is excluded from January 4, 2012 through February 1, 2012 under Local Codes I and T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE